■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN L. DOLBOW, Appellant.—Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered October 19, 1989, convicting defendant upon her plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Upon her plea of guilty to criminal sale of a controlled substance in the third degree, defendant was sentenced to a prison term of 2 to 6 years. Defendant's only contention on appeal is that the sentence is harsh and excessive and should be reduced in the interest of justice to 1 to 3 years' imprisonment. Defendant, who was represented by competent counsel, pleaded guilty knowing that she would receive the sentence ultimately imposed by County Court. In light of this and the fact that her 13-year-old son was one of the parties to whom she supplied cocaine, we do not find that her sentence was harsh or excessive *(see, People v Salgado,* 156 AD2d 492, *lv denied* 75 NY2d 817; *People v Wolmart,* 140 AD2d 733, *lv denied* 72 NY2d 926).

Judgment affirmed. Mahoney, P. J., Mikoll, Yesawich, Jr., Crew III, and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER METZLER, Appellant.—Appeal from a judgment of the County Court of Sullivan County (Hanofee, J.), rendered September 27, 1989, which revoked defendant's probation and imposed a sentence of imprisonment.

The record in this case establishes that there are no nonfrivolous issues which could be raised on defendant's appeal. Therefore, the application for leave to withdraw by defense counsel is granted and the judgment is affirmed *(see, Anders v California,* 386 US 738; *People v Creeden,* 150 AD2d 887).

Judgment affirmed, and application to be relieved of assignment granted. Mahoney, P. J., Casey, Levine, Mercure and Harvey, JJ., concur.